No. 78–1900. Smyer et al. v. United States. C. A. 10th Cir. Certiorari denied.

No. 78–1910. Davis v. United States. C. A. 4th Cir. Certiorari denied.

No. 78–1911. Robert L. Guyler Co. v. United States. Ct. Cl. Certiorari denied.

No. 78–1912. Pappas v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 78–1915. Yaffe Iron & Metal Corp. v. United States. C. A. 8th Cir. Certiorari denied.

No. 78–1916. Tonka v. American Telephone & Telegraph Co. C. A. 5th Cir. Certiorari denied.

No. 78–1919. Davila v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–1920. Eisenberg v. United States. C. A. 2d Cir. Certiorari denied.

No. 78–1923. Kitchin v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–1925. Miller & Son Paving, Inc. v. Wrightstown Township Civic Assn. et al. C. A. 3d Cir. Certiorari denied.

No. 78–1926. Schreiber v. United States. C. A. 3d Cir. Certiorari denied.

No. 78–1927. Genovese v. Illinois. App. Ct. Ill., 2d Dist. Certiorari denied.